SCWC-30390

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JERRICO LINDSEY, aka Rick, Petitioner/Defendant-Appellant,

and

REGINALD PETTWAY and MELISSA ORDONEZ, Respondents/Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30390; CR. NO. 08-1-0643)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., with
Acoba, J., dissenting separately)

Petitioner/Defendant-Appellant Jerrico Lindsey's

application for writ of certiorari filed on September 3, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, October 18, 2013.

Gary Victor Dubin,                  /s/ Mark E. Recktenwald
Frederick J. Arensmeyer,
and Zeina Jafar                     /s/ Paula A. Nakayama
for petitioner
                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

